**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Roberto Del Toro**   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-2164**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ __148.14__ for months __1__ to __36__ ;
  B. $ _____ for months ____ to ____ ;
  C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ __3,500.00__   TOTAL PAID $ __1,500.00__
                Balance Due       $ __2,000.00__   payable $ __133.33__ /month (Months __1__ to __15__)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**        Arrearage on Petition Date  $ _____
Address: _____   Arrears Payment  $ _____ /month (Months _ to _)
Account No: _____   Regular Payment  $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  __-NONE-__  Total Due  $ _____
              Payable    $ _____ /month  (Months _ to _)  Regular Payment $ _____

Unsecured Creditors:  Pay $ **133.33** /month (Months **16** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
 **Rejected Contracts and/or Leases**
 **-NONE-**
 **Assumed Contracts and/or Leases**
 **-NONE-**

         **Special Intentions:**
         **CSC Logic, Inc.: Debtor will surrender.**


         **The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Roberto Del Toro**
**Roberto Del Toro**
Debtor

Date:   **July 5, 2017**