# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                              CASE NO.: 17-15307-BKC-AJC
                                                    PROCEEDING UNDER CHAPTER 13

ROBERTO DEL TORO

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

   **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on ___9/18/2018___.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☑ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 17-15307-BKC-AJC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
ROBERTO DEL TORO
9036 NW 119 TERRACE
HIALEAH GARDENS, FL  33018

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
06/08/2018 FRI 15:52      FAX 9544434452              CH13MIAMI FAX                    ☒001

                              ********************
                              *** FAX TX REPORT ***
                              ********************

                              TRANSMISSION OK

                       JOB NO.                0363
                       DESTINATION ADDRESS    18885545607
                       SUBADDRESS
                       DESTINATION ID         CORONA, RICARDO
                       ST. TIME               06/08 15:51
                       TX/RX TIME             00'34
                       PGS.                   1
                       RESULT                 OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

06/08/2018

To: RICARDO CORONA ESQ

Re: ROBERTO DEL TORO          Case: 17-15307 AJC

Dear RICARDO CORONA ESQ

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor:

Plan fails to provide for 100% of allowed unsecured claims

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator